IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ROBERT PIXLEY § | |
| § | |
| VS. § | CIVIL ACTION NO. 9:23-CV-00071 |
| § | JUDGE MICHAEL J. TRUNCALE |
| CORRPRO COMPANIES, INC. § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii). [Dkt. 36]. Defendant previously advised the Court that this matter had settled and now the Parties are seeking a dismissal with prejudice as to all of Plaintiff's claims and causes of action against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 23rd day of May, 2024.**

Michael J. Truncale
United States District Judge